No. 73–5240. HAMLET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5283. MAYFIELD *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 73–5293. CONNER *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73–5296. CASTANEDA-CAMPOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5304. MADDEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5306. WHITMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5309. McKENNA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5318. HARRIS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5319. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5320. OGLESBY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5326. LYON *v.* UNITED STATES; and
No. 73–5330. IRION *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5328. DYER *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.